**<u>List of United States Federal Courts to which Counsel for Plaintiff is Admitted</u>**

- Eastern District of Missouri
- Southern District of Illinois
- Northern District of Illinois

I hereby certify that I am admitted and am in good standing with the preceding United States District Courts and that I have not been disbarred or suspended from practice before any of these Courts or any other United States District Court.

Dated: <u>April 1, 2014</u>               Respectfully Submitted,

ONDER, SHELTON, O'LEARY & PETERSON, LLC

By:  <u>/s/ Michael S. Kruse             </u>
      Michael S. Kruse, #57818 MO
      110 E. Lockwood
      St. Louis, MO 63119
      (314) 963-9000 telephone
      (314) 963-1700 facsimile
      kruse@onderlaw.com

      ***Attorney for Plaintiffs***